No. 890.  SMITH, RICHEY & CO., INC. ET AL. *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR.  March 3, 1947.  Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  *Joseph Cohn* for petitioners.  *Acting Solicitor General Washington, John R. Benney, Carl A. Auerbach* and *William R. Ming, Jr.* for respondent.

No. 907.  TEXAS & PACIFIC RAILWAY CO. *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO.  March 3, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Charles M. Spence* and *Thomas Bond* for petitioner.  *A. H. Kiskaddon, Oliver J. Miller* and *Jacob M. Lashly* for respondent.

No. 910.  BUCKNER ET AL. *v.* TWEED, TRADING AS F. A. TWEED CO.  March 3, 1947.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Ben Lindas* for petitioners.

No. 935.  EDWARDS ET AL. *v.* DINE.  March 3, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Edward M. Burke* for petitioners.  *Charles Rivers Aiken* and *Emmet J. Cleary* for respondent.

No. 938.  VULCAN CORPORATION *v.* INTERNATIONAL SHOE MACHINE CORP. ET AL.  March 3, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Walter F. Murray* and *L. G. Miller* for petitioner.  *Herman T. Gammons* and *Robert L. Thompson* for respondents.